Name _Norman Ronald Seton_

Prison Number _4683306_

Place of confinement _Goose Creek Correctional Center_

Mailing address _22301 W. Alsop Rd_

City, State, Zip _Wasilla, AK 99623_

Telephone _907-864-8100_

RECEIVED

APR 15 2022

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

_Norman Ronald Seton_ ,

(Enter full name of plaintiff in this action)

Plaintiff,

vs.

_Kenneth Brockman_ ,

_Janina Simutis_ ,

_____ ,

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. _3:22-cv-00083JMK_

(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of _Norman Ronald Seton_

(print your name)

who presently resides at _Goose Creek Correctional Center_ ,

(mailing address or place of confinement)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, Kenneth Brockman       is a citizen of
       (name)

Alaska    , and is employed as a Seward Police Officer  .
  (state)                       (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, Janina Simutis       is a citizen of
       (name)

Alaska    , and is employed as a Buisness Owner @ Seward Alaska  .
  (state)                       (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
       (name)

_____, and is employed as a_____.
  (state)                       (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

<u>Claim 1</u>: On or about <u>June 11, 2021 To December 11, 2024</u>, my civil right to
<span style="text-align:center">(Date)</span>

<u>Freedom From Cruel and Unusual Punishment</u>

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by <u>Kenneth Brockman Seward Police officer</u>
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

Police officer: Kenneth Brockman failed to investigate a Felony Unlawful Evasion that happened in Seward, Alaska. He states that Seward Police Dispatch recieves a -911- phone call about a reckless speeding incident. Upon his arrival to a gas station in Seward, Alaska he approaches the suspect vehicle, making contact with the driver. The alleged driver flees from Officer Brockman, but also gets a solid description on the driver. He calls dispatch to report that the driver is gone and gotten away but has multiple facial tattoos on his ~~eyes~~ face, and neck and is Native or Hispanic. I do not have multiple facial tattoos, I only have One above my right eye brow. During this time I am on felony parole in Anchorage on a different ~~case~~ case and doing very well on parole. Officer Brockman contacts my Parole Officer in Anchorage to recieve mug shot photos, I know I am not the only person in Alaska with tattoos on his face. During my arrest and incarceration, I suffered loss of success in freedoms to work, injuries from other violent prisoners which I suffered broken ribs and lacerations of my face, lost opportunity to complete parole, trust of family members, lost a relationship and now she has twins and doesn't want me back, etc. ~~False~~ Imprisonment on False Information, racial profiling.

Prisoner § 1983 - 3
PS01, Nov. 2013

Claim 2: On or about <u>December 9th or 10th, 2021</u>, my civil right to
(Date)

<u>Freedom from cruel and unusual punishments</u>
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc. List only one violation.)

was violated by <u>Janina Simutis, A Buisness Owner @ Seward, AK</u>
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

Janina Simutis a Seward Buisness Owner and
a "witness" to the alleged case was the
individual who made the -911- phone call reporting
a reckless speeder on the road and placed the
driver @ a gas station, she reported that a native
about 6' tall with lots of tattoos on his face is still
at gas station and proceeded to remain on phone until
Seward Police Officer Kenneth Brockman arrived on scene.
During trial she lied about who I was stating I
am the alleged suspect but was not too sure.
Then she states off record that officer
Kenneth Brockman advised her to lie even if
I am not the suspect she recognized. Once
the kenai court clerk heard her conversation, the clerk
reported her Janina Simutis to the Trial Judge on
what she heard. When the cop cam was reviewed
It was clear that I did not match the suspect
discription. When Janina Simutis was asked by Judge
and attorneys about why she lied, She stated Because
the officer who said it's him told me to stick
with the story of me Norman Ronald Seton being the
alleged suspect. I was in trial which ended on a Dismissal
By the Judge and State Prosecutor @ Kenai, Alaska.

Prisoner § 1983 - 4
PS01, Nov. 2013

<u>Claim 3</u>: On or about _____, my civil right to
(Date)

_____

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom<br>from cruel and unusual punishment, etc.  List only one violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument.  Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Prisoner § 1983 - 5<br>PS01, Nov. 2013

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes __X__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition:  _____ Dismissed  _____ Appealed  _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition:  _____ Dismissed  _____ Appealed  _____ Still pending

Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____ Yes  __X__ No

If your answer is "Yes," describe each lawsuit on the next page.

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

4. Are you in imminent danger of serious physical injury? __X__ Yes _____ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: I am in prison where there are multiple gangs and multiple violent offenders. In the past during time of incarceration I've suffered, medical injuries, and am in a sentenced facility as unsentenced.

Prisoner § 1983 - 7
PS01, Nov. 2013

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _35,000.00_

2. Punitive damages in the amount of $ _70,000.00_

3. An order requiring defendant(s) to _Pay Damages And Punitive Damages Aquired_

4. A declaration that _Plaintiff Suffered These Damages And Losses of Trust and family_

5. Other: _____

Plaintiff demands a trial by jury. __X__ Yes _____ No


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.


Executed at _Wasilla Alaska_ on _4/6/22_
                        (Location)                              (Date)

_____
(Plaintiff's Signature)


_____          _____
Original Signature of Attorney (if any)                    (Date)


_____
_____
_____

Attorney's Address and Telephone Number

Prisoner § 1983 - 8
PS01, Nov. 2013

Norman Ronald Seton #468306
Goose creek Correctional center
22301 W. Alsop Rd
Wasilla, Ak 99623



U.S. POSTAGE PAID
FCM LG ENV
WASILLA, AK
99654
APR 14, 22
AMOUNT
$1.96
R2305K135450-14

IND
stclass Mail

Clerk of Court
United States District Court
District of Alaska
222 W. 7th Avenue, Box 4
Anchorage, AK 99513-7564