# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| NORMAN RONALD SETON<br>*Plaintiff*<br>v.<br>KENNETH BROCKMAN, et al.<br>*Defendant* | )<br>)<br>)  Civil Action No. 3:22-cv-00083-JMK<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this action is dismissed without prejudice. This dismissal counts as a strike under 28 U.S.C. § 1915(g).

APPROVED:

**s/Joshua M. Kindred**
Joshua M. Kindred
United States District Judge

**Brian D. Karth**
Brian D. Karth
Clerk of Court

Date: November 29, 2022

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*